1

2

3

4

5

6                       **UNITED STATES DISTRICT COURT**

7                            **DISTRICT OF NEVADA**

8                                    * * *

9   MARTHA RINCON,                     )
                                       )        2:09-CV-02225-PMP-RJJ
10              Plaintiff,             )
                                       )
11  vs.                                )        **ORDER**
                                       )
12  RADIO SHACK CO., *et al.,*         )
                                       )
13              Defendants.            )
                                       )
14  _____)

15          On October 5, 2010, this Court entered an order requiring Plaintiff to show

16  cause on or before October 20, 2010, why this action should not be dismissed for

17  failure to pay the required filing fee.  Plaintiff has taken no further action in this

18  matter.

19          **IT IS THEREFORE ORDERED that** this case is hereby DISMISSED

20  with prejudice.

21

22  DATED: March 16, 2011.

23

24                                              _____
                                                PHILIP M. PRO
25                                              United States District Judge

26